

February 18, 2025

Delivered Via CM/ECF

United States District Court for the Eastern District
Sherman Division
Court Clerk
Paul Brown United States Courthouse
101 East Pecan Street Room 216
Sherman, Texas 75090

      Re:    Civil Action No. 4:24-CV-00584-ALM; *Joey Taylor v. Collin College;* in the United States District Court for the Eastern District of Texas, Sherman Division

Dear Clerk:

      The purpose of this letter is to notify you and all counsel and pro se litigants of record that I will be attending a special education ARD meeting, hearing, trial, mediation, CLE or will be on vacation on the below dates. Should you have any questions, please do not hesitate to contact me. As such, I respectfully request that no hearings pre-trials, depositions, trials, or other matters be scheduled for the following dates:

    February 20, 2025
    February 21, 2025
    February 26, 2025 (a.m.)
    March 3, 2025 (a.m.)
    March 5, 2025 (p.m.)
    March 7 – 15, 2025
    March 19, 2025
    March 24-25, 2025
    April 1 – 15, 2025 (set on 2-week trial docket)
    April 22, 2025
    April 28-30, 2025
    May 14, 2025 (a.m.)
    June 2-4, 2025
    June 17, 2025
    July 7, 2025
    July 14, 2025 (a.m.)
    July 21 – August 1, 2025 (set on 2-week trial docket)
    August 4 – 8, 2025
    September 4, 2025 (a.m.)
    October 6 – 31, 2025 (set on 4-week trial docket)

| | |
|---|---|
| 17304 Preston Road, Suite 800 | Marianne Howland |
| Dallas, TX 75252 | marianne@howlandshakelaw.com |
| Tel: (469) 371-4282 | George H. Shake |
| Fax: (469) 574-7660 | george@howlandshakelaw.com |



Sincerely,

/s/George H. Shake

George H. Shake

Cc: All counsel and pro se parties Via CM/ECF

17304 Preston Road, Suite 800  
Dallas, TX 75252  
Tel: (469) 371-4282  
Fax: (469) 574-7660  

Marianne Howland  
marianne@howlandshakelaw.com  
George H. Shake  
george@howlandshakelaw.com