IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOEY TAYLOR, § § *Plaintiff*, § § vs. § § COLLIN COLLEGE, § § *Defendant*. § | CIVIL ACTION NO. 4:24-CV-00584-ALM |

**ORDER GRANTING MOTION TO EXTEND
MEDIATION DEADLINE**

On this day, the Court considered Defendant Collin Community College District's ("Collin College") Unopposed Motion to Extend Mediation Deadline (the "Motion"). The Court, having reviewed the Motion, and any responses and replies thereto, finds that Collin College's Motion should be and is hereby GRANTED.

It is, therefore, ORDERED that the mediation deadline is hereby extended to June 6, 2025.