IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOEY TAYLOR, | § | |
| *Plaintiff*, | § § § | |
| vs. | § § | CIVIL ACTION NO. 4:24-CV-00584-ALM |
| COLLIN COLLEGE, | § § § | |
| *Defendant*. | § | |

**ORDER GRANTING MOTION TO EXTEND MEDIATION DEADLINE**

On this day, the Court considered Defendant Collin Community College District's ("Collin College") Unopposed Motion to Extend Mediation Deadline (the "Motion" - Dkt. #21). The Court, having reviewed the Motion, and noting it is unopposed, finds that Collin College's Motion should be and hereby is GRANTED.

It is, therefore, ORDERED that the mediation deadline is hereby extended to June 6, 2025.

**IT IS SO ORDERED.**

**SIGNED this 25th day of April, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE