# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **JOEY TAYLOR** | § § | |
| v. | § § | No. 4:24cv584-ALM |
| **COLLIN COLLEGE** | § § § | |

## ORDER FOR MEDIATION

This case is scheduled for mediation before me on **June 6, 2025, at 9:00 a.m.**

**Participants.** An authorized representative for each party and trial counsel for each party must attend the mediation. If any required attendee fails to appear, the court may award costs and attorneys' fees incurred by any other party. It may also impose sanctions against the noncomplying party, counsel, or both.

**Mediation statements.** No later than **May 30, 2025**, each party must submit a confidential mediation statement of no more than 1,500 words via email to Judge_Davis_Chambers@txed.uscourts.gov. The mediation statement is for the exclusive use of the mediator and will not be shared with anyone outside of Judge Davis's chambers or become part of the record.

The statement must contain, in the following sequence: (1) a summary of the relevant facts; (2) a summary of the relevant law; (3) an assessment of the perceived strengths and weaknesses of the party's case; (4) a description of previous settlement efforts; and (5) a current settlement proposal. When applicable, copies of key documents (e.g., the parties' contract, business records, photographs) may be attached to the mediation statement if they are critical to understanding the case or conducting negotiations. Mediation statements should be candid but need not disclose final settlement authority.

**Settlement offers.** The parties' counsel must send opposing counsel, copying Judge_Davis_Chambers@txed.uscourts.gov, written settlement offers with brief statements supporting the offers. The plaintiffs' offer is due **May 30, 2025**. The defendant's offer is due **June 4, 2025**.

The settlement offers should not be filed with the Clerk.

**Attendance.** The mediation will be conducted via teleconference. A link will be provided the day before the mediation.

So **ORDERED** and **SIGNED** this 25th day of April, 2025.

_____
Bill Davis
United States Magistrate Judge