IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOEY TAYLOR, | § § § | |
| *Plaintiff,* | § | |
| vs. | § § | CIVIL ACTION NO. 4:24-CV-00584-ALM |
| COLLIN COLLEGE, | § § | |
| *Defendant.* | § § | |

**ORDER GRANTING SECOND UNOPPOSED MOTION
TO EXTEND DISPOSITIVE MOTION DEADLINE**

On this day, the Court considered Defendant Collin Community College District's ("Collin College") Second Unopposed Motion to Extend the Dispositive Motion Deadline (the "Motion to Extend" - Dkt. #24). The Court, having reviewed the Motion to Extend, and any responses and replies thereto, finds that Collin College's Motion to Extend should be and is hereby GRANTED.

It is, therefore, ORDERED that the deadline to file dispositive motions is hereby extended to May 9, 2025.

**IT IS SO ORDERED.**
**SIGNED this 2nd day of May, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE